**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**



WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

January 25, 2021

Pierce County Superior Court
Clerk's Office
930 Tacoma Ave S, Room 110
Tacoma, WA 98402

RE: *Gardiniere v. Franciscan Health System*
Case #3:19-cv-05610-RJB-MAT

Dear Clerk:

Please find enclosed the certified copy of Judge Robert J. Bryan's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 19-2-08409-5

*Assigned to Judge*: John Hickman

*Completed by Deputy Clerk*: ____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Gayle M Riekena,
*Deputy Clerk*

Enclosures